# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL KENDRICK, ) | |
| ) | Case No. 1:15-cv-00473 |
| Plaintiff, ) | |
| ) | Honorable Judge Sue L. Robinson |
| v. ) | |
| ) | **NOTICE OF DISMISSAL WITH** |
| NORTHSTAR LOCATION SERVICES, LLC, ) | **PREJUDICE** |
| ) | |
| Defendant. ) | |

Plaintiff, KENDALL KENDRICK, by and through his undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, NORTHSTAR LOCATION SERVICE, LLC, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: December 8, 2015          By:     /s/ Doreen Becker
                                          Attorney for Plaintiff

Doreen Becker
Attorney for Plaintiff
Delaware Attorney No. 2720
Upright Law LLC
1217 North King Street
Wilmington, DE 19801
Phone: (302) 654-3535
Fax: (302) 654-6191
dbeckeresq@verizon.net

*Rest of Page Intentionally Left Blank*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 8, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and to the below listed party via electronic mail.

/s/ Doreen Becker
Attorney for Plaintiff

Linda M. Leising
The Northstar Companies
4286 Genesee Street
Cheektowaga, NY 14225
*lleising@northstarlocation.com*